IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Avayla Licensing LLC,** <br><br> *Plaintiff*, <br><br> v. <br><br> **Plantronics, Inc. (dba. Poly),** <br><br> *Defendants*. | Case No. 1:22-CV-01004-RGA <br><br> DEMAND FOR JURY TRIAL |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of M. Grant McArthur to represent Avayla Licensing LLC in this matter.

Dated: 08/30/22

*/s/ Jimmy Chong*
JIMMY CHONG (#4839)
2961 Centerville Rd. Ste. 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

***Attorney for Avayla Licensing LLC***

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                         _____
                                                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: 08/29/2022

*/s/ M. Grant McArthur*
M. GRANT MCARTHUR (SBN 321959)
gmcarthur@mclawus.com
MCARTHUR LAW, PC
23897 Constantine Drive
Murrieta, CA 92562
(951) 412-1688 (Phone)
(951) 379-4564 (Fax)

***Attorney for Avayla Licensing LLC***