
# THE CHONG LAW FIRM, P.A.
Licensed in: Delaware, New Jersey, Pennsylvania

November 22, 2022

Honorable Judge Richard G. Andrews
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9
Room 6325
Wilmington, DE 19801-3555

*RE: Avayla Licensing LLC v. Plantronics, Inc., Case No.: 1:2022-cv-01004*

Dear Judge Andrews:

For the above the case, the parties have come to an agreement and will file an Unopposed Motion to Dismiss immediately after the filing of this status letter. The parties apologize for any inconvenience it has caused on the Court. Should the Court need anything further, Plaintiff's counsel will be available at the Court's convenience.

Very truly yours,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*_____
Jimmy Chong (#4839)
2961 Centerville Rd. Ste. 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

OF COUNSEL:

Grant McArthur (CA SBN 321959)
gmcarthur@mclawus.com
MCARTHUR LAW PC

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA 19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA 19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM



# THE CHONG LAW FIRM, P.A.
Licensed in: Delaware, New Jersey, Pennsylvania

23897 Constantine Drive
Murrieta, CA 92562
(951) 412-1688 (Phone)
(951) 379-4564 (Fax)

*Attorney(s) for Avayla Licensing LLC*

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA 19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA 19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM